**FILED**

03/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0077

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No.

N.B., K.M.B., K.R.B., and K.R.B.

    Plaintiffs and Appellants,

    v.

MONTANA DEPARTMENT OF
PUBLIC HEALTH AND HUMAN
SERVICES, a Montana State Agency

    Defendant and Appellee.

## ORDER DISMISSING APPEAL WITHOUT PREJUDICE

IT IS HEREBY ORDERED that Appellants N.B., K.M.B., K.R.B., and K.R.B.'s appeal in this matter is dismissed without prejudice due to the district court order appellants seeking to appeal being not yet certified as a final judgment by the district court pursuant to Rule M. R. Civ. P. 54(b).

DONE and DATED this _____ day of March, 2022

_____

CC:    Lowy Law, PLLC
       Rutherford Hayes, Montana Tort Claims Division
       Clerk of Court Seventeenth Judicial District, Valley County

2